ion. Application denied, with $10 costs. Order signed.

---

BROOKLYN HEIGHTS R. CO., Respondent, v. BROOKLYN CITY R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by the Brooklyn Heights Railroad Company against the Brooklyn City Railroad Company.

PER CURIAM. Motion to resettle order granted, by making the second paragraph thereof read as follows: "Unanimously ordered and adjudged that the judgment so appealed from be and the same is hereby unanimously affirmed, except as to the findings that Hollins & Co. on the 14th day of February, 1903, were the owners of all of the capital stock of the plaintiff; that there had been a general examination of all of the accounts, so as to make possible an accurate statement showing the respective indebtedness of the companies to each other; that interest should be awarded from September 1, 1894, amounting to $1,616,-680.15; and that September 1, 1894, was the date prior to which $1,740,258.38 over and above expenditures for which the plaintiff had been reimbursed by the defendant, had been expended by the plaintiff—without costs to either party in this court." See, also, 151 App. Div. 465, 135 N. Y. Supp. 990.

---

BUENTE, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Charles F. Buente against Matthew G. Collins. G. Glenn, of New York City, for appellant. Moses Cohen, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 App. Div. 929, 135 N. Y. Supp. 1102.

---

BURGGRAF v. CITY OF NEW YORK (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by John B. Burggraf against the City of New York. No opinion. Motion granted, with $10 costs. Order filed.

---

In re BURKE. (Supreme Court, Appellate Division, First Department. January 31, 1913.) In the matter of William J. Burke, an attorney. No opinion. Reference ordered to official referee. Settle order on notice. See, also, 150 App. Div. 899, 134 N. Y. Supp. 1127.

---

BURNETT, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Miner Burnett against the New York, Ontario & Western Railway Company. No opinion. Judgment and order affirmed, with costs.

---

BUTCHER v. COLE et al. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Judson W. Butcher against Harrison D. Cole and another, impleaded with others. No opinion. Judgment affirmed, with costs.

---

In re CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 31, 1913.) In the matter of the City of New York.

PER CURIAM. Application granted. Order filed.

DOWLING, J., dissents.

---

In re BUTLER AVE. IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) In the matter of the application of the City of New York, etc., as to opening and extending Butler avenue, etc. From the order, the Wood-Harmon Richmond Realty Company appeals. No opinion. Order affirmed, with $10 costs and disbursements.

---

CAIN, Respondent, v. THOMPSON–STARRETT CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Neri Cain against the Thompson-Starrett Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 138 N. Y. Supp. 472) denied. See, also, 139 N. Y. Supp. 1118.

---

CAIN, Respondent, v. THOMPSON–STARRETT CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by Neri Cain against the Thompson-Starrett Company. No opinion. Motion for reargument (of 138 N. Y. Supp. 472) denied, without costs. See, also, 139 N. Y. Supp. 1118.

---

CALENDO, et al., Respondents, v. FLEMING, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Vincenzo Calendo and another against William H. Fleming. No opinion. Motion denied, on condition that appellant perfect his appeal, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

---

CANAVAN BROS. CO., Respondent, v. BENDHEIM et al., Appellants. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Canavan Bros. Company against Adolph M. Bendheim and others. A. Freyer, of New York City, for appellants. F. Nevius, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 148 App. Div. 894, 132 N. Y. Supp. 1123.

---

CAPSUTO, Respondent, v. FISHER, et al., Appellants. (Supreme Court, Appellate Division, First Department. February 7, 1913.)

Action by Youssoule Haim Capsuto against John T. Fisher and others. E. M. Grout, of New York City, for appellants. M. Feltenstein, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.

---

CARNEGIE TRUST CO. v. CHAPMAN. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by the Carnegie Trust Company against Charles W. Chapman. No opinion. Motion denied, with $10 costs. Order filed. See, also, 138 N. Y. Supp. 715.

---

CARNEGIE TRUST CO., Appellant, v. WEIL, Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by the Carnegie Trust Company against Aron Weil. H. B. Twombly, of New York City, for appellant. F. M. Patterson, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

---

CASEY v. WHEATON et al. (Supreme Court, Appellate Division, Third Department. January 16, 1913.) Action by Michael Casey against Armond E. Wheaton and another.

PER CURIAM. Motion granted, with costs of appeal and $10 costs of this motion, unless within 15 days the appellant shall serve upon the respondent's attorney three printed copies of the case on appeal, which he may do without costs, and, in case he shall so serve, the motion is denied, without costs.

---

CAVANAGH v. CREST REALTY CO. (Supreme Court, Appellate Term, First Department. January 15, 1913.) Appeal from City Court of New York, Trial Term. Action by Raymond Cavanagh, an infant, by Mary Cavanagh, his guardian ad litem, against the Crest Realty Company. From a judgment for plaintiff, and an order denying a new trial, defendant appeals. Reversed, and new trial ordered. Simpson & Cardozo (Benjamin N. Cardozo, of New York City, of counsel), for appellant. Edward A. Scott (S. J. Bischoff, of New York City, of counsel), for respondent.

PER CURIAM. Upon the record we fail to find any evidence which shows that the defendant is responsible, either on the theory of respondeat superior or on the theory of nuisance, for the acts of the persons creating a dangerous condition on the sidewalk in front of the lot adjoining the premises controlled by the defendant. The judgment is therefore reversed, and a new trial ordered, with costs to appellant to abide the event.

LEHMAN and PAGE, JJ., concur.

---

In re CERTAIN LAND IN BOROUGH OF BROOKLYN, CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) In the matter of acquiring title by the City of New York to certain land and premises, situated in the block bounded by Chauncey street, Marion street, Hopkinson avenue, and Rockaway avenue, in the Borough of Brooklyn, etc. No opinion. Motion denied, with $10 costs. See, also, 151 App. Div. 891, 135 N. Y. Supp. 1104.

---

In re CITY OF NEW YORK. In re HEALY. (Supreme Court, Appellate Division, First Department. January 17, 1913.) In the matter of the application of the City of New York to acquire title, etc. In the matter of Florence Healy. No opinion. Order affirmed, without costs. Order filed.

---

In re CITY OF NEW YORK. In re TOWN OF CARMEL et al. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) In the matter of the applications of the City of New York to acquire real estate in the towns of Carmel and Southeast, etc. Croton Falls Dam and Reservoir, Reservoir K. No opinion. Reargument ordered, and case set down for Monday, March 10, 1913.

---

CITY OF NEW YORK, Appellant, v. WHITE STAR TOWING CO., Respondent. (Supreme Court, Appellate Division, First Department. February 7, 1913.) Action by the City of New York against the White Star Towing Company. L. Leale, of New York City, for appellant. J. M. Zurn, of Brooklyn, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

In re CITY OF ROCHESTER. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) In the matter of the application of the City of Rochester to acquire certain lands in said city for the opening and widening of Frank street. The Otis Elevator Company appeals.

PER CURIAM. Confirmation of report of commissioners modified, so as to provide that the appellant shall be entitled to taxable costs as in an action, and, as so modified, affirmed, with the costs of this appeal to appellant.

---

In re CITY OF ROCHESTER. In re KOMENSKI. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) In the matter of the application of the City of Rochester to acquire certain lands for the opening of Hamburg street, situate in said city. In the matter of award to Ellis Komenski. No opinions. Appeal dismissed, without costs, upon stipulation filed.

---

CLAMAN, Respondent, v. CLAMAN, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Max Claman against Morris Claman. H. S. Mansfield, of New York City, for appellant. C. B. Ruskay, of New York City, for respond-